UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

NICOLE L. BOETTGER,

Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

Defendant.

Case No. 2:20-cv-00309

Honorable Judge J P. Stadtmueller

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nicole L. Boettger and Defendant Capital One Bank (USA), N.A. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: June 22, 2020

Respectfully Submitted,

**NICOLE L. BOETTGER**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200

Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com

**CAPITAL ONE BANK (USA), N.A.**

*/s/ Karla M. Vehrs(with consent)*
Karla M. Vehrs
*Counsel for Defendant*
Ballard Spahr LLP
2000 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 371-3200
vehrsk@ballardspahr.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher