UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NICOLE L. BOETTGER,

    Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

    Defendant.

Case No. 20-CV-309-JPS

**ORDER**

---

On June 22, 2020, the parties filed a stipulation of dismissal of this action with prejudice. (Docket #10). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #10) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 23rd day of June, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge